UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-61167-WPD

HOWARD COHAN

    Plaintiff,

vs.

TEXAS ROADHOUSE HOLDINGS LLC;
TEXAS ROADHOUSE MANAGEMENT CORP.,
    Defendant(s).
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff HOWARD COHAN, and Defendants TEXAS ROADHOUSE HOLDINGS, LLC, and TEXAS ROADHOUSE MANAGEMENT CORP., stipulate to the dismissal of this action, with prejudice and with no award of fees or costs to any party.

Dated: October 27, 2021

Respectfully submitted,

| | |
|---|---|
| By: /s/ Gregory S. Sconzo | By: /s/ Courtney B. Wilson |
| Gregory S. Sconzo, Esq. | Courtney B. Wilson, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 0614580 |
| Samantha L. Simpson, Esq. | Sinead Daly, Esq. |
| Florida Bar No.: 1010423 | Florida Bar No. 114538 |
| Sconzo Law Office, P.A. | LITTLER MENDELSON, P.C. |
| 3825 PGA Boulevard, Suite 207 | 333 SE 2nd Avenue, Suite 2700 |
| Palm Beach Gardens, FL 33410 | Miami, Florida 33131 |
| Telephone: (561) 729-0940 | Telephone: (305) 400-7500 |
| Facsimile: (561) 491-9459 | Facsimile: (305) 603-2552 |
| Email: greg@sconzolawoffice.com | Email: cwilson@littler.com |
| Email: samantha@sconzolawoffice.com | Secondary Email: lshelnut@littler.com |
| Secondary Email: alexa@sconzolawoffice.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2021, a true and correct copy of the foregoing was served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

                                               *s/ Gregory S. Sconzo*
                                               Gregory S. Sconzo, Esq.